UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALYSSA LEBOUEF, individually and on behalf of her minor child, GRACE LEBOUEF | * * * | CIVIL ACTION |
| VERSUS | * * | NO. |
| BRYAN J. HEENAN, ENERGY SERVICES, INC., ACE AMERICAN INSURANCE COMPANY and PROGRESSIVE SECURITY INSURANCE COMPANY | * * * * * | JUDGE |
| | * | MAGISTRATE |
| * * * * * * * * * * * *   * * * * * * * * * * * * | * | |

## NOTICE OF REMOVAL

To:   THE JUDGES OF THE UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF LOUISIANA

Petitioners, Bryan J. Heenan, Halliburton Energy Services, Inc., improperly named, cited and served as Energy Services, Inc., ACE American Insurance Company and Progressive Security Insurance Company, defendants in the above-captioned case, appearing through undersigned counsel, show this Honorable Court in this Notice of Removal that:

1.   On March 31, 2015, Alyssa Lebouef, individually and on behalf of her minor child, Grace Lebouef, filed a lawsuit against Bryan J. Heenan, Halliburton Energy Services, Inc., improperly named, cited and served as Energy Services, Inc., ACE American Insurance Company, and Progressive Security Insurance Company, in the 23nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, Civil Action No. 174292, Div. "B" of that Court. A copy of the *Petition for Damages* is attached as Exhibit "1".

2.   Plaintiffs' original Petition for Damages alleges she is person of the full age of majority and domiciled in Terrebonne Parish, Louisiana. She also alleges Bryan J. Heenan is a person of the full age of majority and resident of Duncan, Oklahoma. Plaintiff additionally

alleges Halliburton Energy Services, Inc. is a foreign corporation domiciled in the State of Delaware, authorized to do and doing business in the State of Louisiana.  She alleges ACE American Insurance Company is a foreign insurer authorized to do and doing business in the State of Louisiana, and finally, she alleges Progressive Security Insurance Company is a foreign insurer authorized to do and doing business in the Parish of Terrebonne, State of Louisiana.

3. Defendants, Bryan J. Heenan, Halliburton Energy Services, Inc., and ACE American Insurance Company have filed an Answer to the Petition for Damages, a copy of which is attached hereto as Exhibit "2".

4. Defendant, Progressive Security Insurance Company has filed an Answer to the Petition for Damages, a copy of which is attached hereto as Exhibit "3".

5. No other process, pleadings or orders have been served upon or received by Bryan J. Heenan, Halliburton Energy Services, Inc., ACE American Insurance Company and/or Progressive Security Insurance Company and this Notice of Removal is being filed within thirty days from receipt of any paper which commences the running of the time which allowed within which to remove this action to this Honorable Court.  As will be shown more fully below, the above-described action is a civil action over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. §1332(a) and is one which may be removed to this Court by Bryan J. Heenan, Halliburton Energy Services, Inc., ACE American Insurance Company and Progressive Security Insurance Company, pursuant to 28 U.S.C. §1441, in that, upon information and belief, the matter in controversy exceeds, exclusive of interest and costs, the sum of Seventy Five Thousand and No/100 ($75,000.00) Dollars and is between citizens of different states.

6. Alyssa Lebouef, at the time she commenced the state court action was and still is a domiciliary of the State of Louisiana.  Bryan J. Heenan, was at the time this action was

commenced, and is still, a resident of the State of Oklahoma.  Halliburton Energy Services, Inc. was, at the time the state action was commenced, and is still, Delaware corporation authorized to do and doing business in the State of Louisiana and ACE American Insurance Company is a foreign insurer authorized to do and doing business in the State of Louisiana.  Progressive Security Insurance Company is a foreign corporation authorized to do and doing business in the State of Louisiana.

7. In her original Petition for Damages, Alyssa Lebouef, sought an unspecified amount of damages for her own personal injuries, and for injuries allegedly sustained by her minor child, Grace Lebouef, in an automobile accident that occurred on or about April 17, 2014.  The injuries are alleged to be serious and disabling and have caused, and which will allegedly continue to cause, physical and mental pain, suffering, discomfort and permanent disability.  In addition to the alleged physical injuries of both Alyssa and Grace Lebouef, plaintiffs allege they have incurred medical and pharmaceutical expenses and will continue to incur additional medical and pharmaceutical expenses for the future treatment of their injuries.  The alleged damages also include disfigurement, loss of enjoyment of life, and the loss of past and future income and a loss of earning capacity.  Upon information and belief, based upon the serious nature of the alleged injuries and damages, the monetary amount plaintiffs seek in recovery, will exceed the jurisdictional amount of $75,000.00, thus making this matter removable pursuant to 28 U.S.C. §1446(b)(C)(3).

8. Because complete diversity exists between plaintiffs and defendants, and because upon information and belief the amount in controversy between the parties is in excess of $75,000.00, this matter is properly removable pursuant to 28 U.S.C. §1332(a) and 28 U.S.C. §1441.

9. Bryan J. Heenan, Halliburton Energy Services, Inc., ACE American Insurance Company and Progressive Security Insurance Company will promptly serve written notice of this Notice of Removal upon the Clerk of Court for the 32nd Judicial District Court, for the Parish of Terrebonne, State of Louisiana.

WHEREFORE, Bryan J. Heenan, Halliburton Energy Services, Inc., ACE American Insurance Company and Progressive Security Insurance Company, pray that the above-numbered and entitled cause on the docket of the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, be removed from that Court to the docket of the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

s/James A. Holmes_____
James A. Holmes - Bar #20571
Adrejia L. Boutte' - Bar #30132
CHRISTOVICH & KEARNEY, LLP
2300 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Facsimile:  (504) 561-5743
E-mail:   jaholmes@christovich.com
            aboutte@christovich.com
Attorneys for Bryan J. Heenan, Halliburton Energy Services, Inc., and ACE American Insurance Company
**AND**
s/John J. Erny, III_____I
**JOHN J. ERNY, III - BAR #18885**
**CASLER, BORELON & LAWLER**
2450 Severn Ave., Suite 200
Metairie, Louisiana  70001
Telephone:  (504) 434-3010
Facsimile:   (866) 841-8756
E-mail: john_ernyiii@progressive.com
Attorneys for Progressive Security Insurance Company

## **CERTIFICATE**

This is to certify that on the 8th day of May, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

s/James A. Holmes
**JAMES A. HOLMES**

4813-9387-7283, v. 1